UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 16740
    JON A MOSS

                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

            Debtor
    SSN XXX-XX-4900

---------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------
    The case was filed on 12/18/2007 and was not confirmed.

    The case was dismissed without confirmation 03/31/2008.
---------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| DISCOVER FINANCIAL SERVI | UNSECURED | 6023.54 | .00 | .00 |
| AMC | CURRENT MORTG | .00 | .00 | .00 |
| MB FINANCIAL | SECURED | 19161.81 | .00 | .00 |
| MB FINANCIAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| BANK OF AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| CHASE | UNSECURED | NOT FILED | .00 | .00 |
| CITI | UNSECURED | NOT FILED | .00 | .00 |
| HSBS BEST BUY | UNSECURED | NOT FILED | .00 | .00 |
| MASTERCARD | UNSECURED | NOT FILED | .00 | .00 |
| DAVID M SIEGEL | ATTORNEY | NOT FILED | .00 | .00 |
| LVNV FUNDING | UNSECURED | 1424.06 | .00 | .00 |
| LVNV FUNDING | UNSECURED | 27589.10 | .00 | .00 |
| PRO SE DEBTOR | DEBTOR ATTY | 1,974.00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | .00 |
| DEBTOR REFUND | REFUND | | | .00 |

        Summary of Receipts and Disbursements:
---------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | .00 | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | .00 |
| TRUSTEE COMPENSATION | | .00 |
| DEBTOR REFUND | | .00 |
| TOTALS | .00 | .00 |

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 06/25/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE